**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

---

**No. 16-6963**

---

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

ALBURY FRANCIS,

        Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:01-cr-00094-BO-1)

---

Submitted:  May 25, 2017                          Decided:  May 30, 2017

---

Before MOTZ, THACKER, and HARRIS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Albury Francis, Appellant Pro Se.  Jonathan Philip Holbrook, Kimberly Ann Moore, OFFICE OF THE UNITED STATES ATTORNEY, Ethan A. Ontjes, Seth Morgan Wood, Assistant United States Attorneys, Raleigh, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Albury Francis appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for reduction of sentence based on Amendment 782 to the U.S. Sentencing Guidelines. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Francis*, No. 5:01-cr-00094-BO-1 (E.D.N.C. filed June 22, 2016 & entered June 23, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*